Argued and submitted September 27, 2001, reversed in part; otherwise affirmed
April 3, 2002

STATE OF OREGON,
*Respondent,*

*v.*

CHARLES LEE REED,
*Appellant.*

C984039CR; A108052

43 P3d 466

Monica L. Finch, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Public Defender.

Janet A. Metcalf, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.